IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LISEA, | No. 2:20-CV-1015-DMC-P |
| Petitioner, | |
| v. | ORDER |
| DANIEL CUEVA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is petitioner's motion for leave to proceed in forma pauperis (ECF No. 3).  Also before the Court is petitioner's motion for an extension of time to file his petition (ECF No. 2).

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

Petitioner's motion for an extension of time is denied as unnecessary because the docket reflects that petitioner filed his petition for a writ of habeas corpus on May 19, 2020.  To the extent petitioner seeks leave to file a first amended petition, petitioner is advised that leave of court is not required for a first amendment filed prior to an answer.  See Fed. R. Civ. P. 15.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 3) is granted; and

2. Petitioner's motion for an extension of time (ECF No. 2) is denied as unnecessary.

Dated:  June 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE